**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| EJIMOFOR EMEJULU, *et al.* | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No. RDB-04-103 |
| | : | |
| EKUASE EGBE | : | |
| Defendant. | : | |

**ORDER**

Upon review of the file in this matter, the Court notes that Defendant Egbe is the only remaining Defendant in this case, and since issuing its Order of May 12, 2005, (Paper # 56) clarifying the Memorandum and Order entered December 20, 2004, (Paper No. 47) that there was obviously confusion by the Court as to Defendants Regha and Egbe. In order to clarify the record,

IT IS ORDERED, this 12th day of July, 2005, the Court's Memorandum and Order of December 20, 2004, is further amended as follows:

1. That the Clerk's Order of Default as to Defendant Regha (Paper #21) is set aide, and not the Order of Default as to Defendant Egbe (Paper #20);

2. That the Order of Default (Paper #20) entered as against Defendant Egbe be REINSTATED;

3. That the December 16, 2004, letter from Defendant Regha, erroneously referred to as being from Defendant Egbe, and treated as a motion to dismiss, was granted by this Court on April 21, 2005 (Paper #55);

4. That Plaintiff's counsel's letter of February 2, 2005, be treated as a request for default judgment; and

IT IS FURTHER ORDERED and ADJUDGED that, following a hearing held this date on damages, notice of which was sent to Defendant Egbe, and Defendant Egbe having failed to appear in person or to file an objection in writing, that judgment be entered as follows:

1. That the Default Judgment entered January 31, 2005 (Paper #50) in favor of the Plaintiff against Defendant Citizens International Bank, Ltd., be modified as to the amount of the judgment, as set forth below;

2. That Default Judgment be entered in favor of Plaintiff against Defendants Ekuase Egbe and Citizens International Bank, Ltd., jointly and severally, in the amount of $100,000 in damages, $19,500 in attorneys fees, and $270 in costs, for a total of $119,830, with post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961; and

3. That the Clerk of Court close this case.

/s/_________________________________
Richard D. Bennett
United States District Judge